**Order Filed on July 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00798-CV

## IN RE DEBRA ARNITA EPPS, IRVING HOLDINGS, INC. D/B/A YELLOW CAB, AND HINES AUTO LLC, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00843**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/ CRAIG STODDART
JUSTICE